SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Lisa Laukitis
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3000
Fax: (212) 735-2000

-and-

Ebba Gebisa (admitted *pro hac vice*)
155 N. Wacker Dr.
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for William A. Brandt, Jr., Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **CHINA FISHERY GROUP LIMITED (CAYMAN)** *et al.*, | : | **Case No. 16-11895 (JLG)** |
| Debtors.[1] | : | **(Jointly Administered)** |
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **CFG Peru Investments Pte. Limited (Singapore),** Debtor. | : | **Case No. 16-11914 (JLG)** |
| | : | **(Jointly Administered)** |

---

[1] The Debtors are China Fishery Group Limited (Cayman), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, South Pacific Shipping Agency Limited (BVI), China Fisheries International Limited (Samoa), CFGL (Singapore) Private Limited, Chanery Investment Inc. (BVI), Champion Maritime Limited (BVI), Growing Management Limited (BVI), Target Shipping Limited (HK), Fortress Agents Limited (BVI), Ocean Expert International Limited (BVI), Protein Trading Limited (Samoa), CFG Peru Investments Pte. Limited (Singapore), Smart Group Limited (Cayman), Super Investment Limited (Cayman), Pacific Andes Resources Development Limited (Bermuda), Nouvelle Foods International Ltd., Golden Target Pacific Limited, Pacific Andes International Holdings (BVI) Limited, Zhonggang Fisheries Limited, Admired Agents Limited, Chiksano Management Limited, Clamford Holding Limited, Excel Concept Limited, Gain Star Management Limited, Grand Success Investment (Singapore) Private Limited, Hill Cosmos International Limited, Loyal Mark Holdings Limited, Metro Island International Limited, Mission Excel International Limited, Natprop Investments Limited, Pioneer Logistics Limited, Sea Capital International Limited, Shine Bright Management Limited, Superb Choice International Limited, and Toyama Holdings Limited (BVI).

*(cont'd)*

**NOTICE REGARDING FURTHER EXTENSION OF
THE AUTOMATIC TERMINATION DATE OF THE MEDIATION**

**PLEASE TAKE NOTICE** that on January 29, 2020, the Court entered the *Order (A) Granting Mediation Motion, (B) Referring Matters to Mediation, and (C) Authorizing Taking Corporate Governance Actions Necessary to Enable Non-Debtors CFG Investment S.A.C. to Participate in Mediation* [Docket No. 1938] (the "Mediation Order").[2]

**PLEASE TAKE FURTHER NOTICE** that paragraph 8 of the Mediation Order provides that the automatic termination date of the Mediation (the "Mediation Termination Date") would occur on May 29, 2020.

**PLEASE TAKE FURTHER NOTICE** that on May 29, 2020, the Court entered the *Order Extending the Automatic Termination Date of the Mediation* [Dkt. No. 2053] (the "Mediation Termination Date Extension Order"), paragraph 1 of which provides that the Mediation Termination Date shall be extended to September 1, 2020, unless the Mediation has concluded or unless further extended by agreement of the Mediation Parties with the consent of the Mediator.

**PLEASE TAKE FURTHER NOTICE** that in accordance with paragraph 1 of the Mediation Termination Date Extension Order, the Mediation Parties have agreed, and the Mediator has consented, to further extending the Mediation Termination Date to October 30, 2020 in order to provide the Mediation Parties with additional time to engage in discussions and negotiations with respect to the Mediation.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Mediation Order.

Dated: September 1, 2020
      New York, New York

                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                By: */s/ Lisa Laukitis*
                     Lisa Laukitis
                     One Manhattan West
                     New York, New York 10001-8602
                     Telephone: (212) 735-3000
                     Fax: (212) 735-2000

                     -and-

                     Ebba Gebisa (admitted *pro hac vice*)
                     155 N. Wacker Dr.
                     Chicago, Illinois 60606-1720
                     Telephone: (312) 407-0700
                     Fax: (312) 407-0411

                     *Counsel for William A. Brandt, Jr.,*
                        *Chapter 11 Trustee*